DANIEL G. BOGDEN
United States Attorney
MICHAEL CHU
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

FILED                    RECEIVED
ENTERED                  SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SINAGRA,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>2:12-CR-_294_<br><br>VIOLATIONS:<br>18 U.S.C. § 1030(a)(2) – Obtaining Information By Computer from a Protected Computer;<br>18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft |

The Grand Jury Charges:

### Introduction

1.      Starting in January 2009, defendant worked as a limousine transportation manager for

victim company A.  As manager, defendant required the employees he supervised to provide their E-

mail passwords to him, ostensibly so he could access their E-mail in case they left the company.  On

July 14, 2009, defendant's employment was terminated.

2.      Around September 2009, defendant began working for another business that also

provided limousine services.

3.      After defendant started working for this new employer, he accessed 20 E-mail

accounts belonging to his ex-employer without authorization.  From November 10, 2009 to

November 8, 2010, defendant used employees' user IDs and passwords to access these accounts,

1

select over 1,000 E-mails, and forward them to an E-mail account that he created under a pseudonym.

4.      Defendant later forwarded some of his ex-employer's E-mails to yet another E-mail account that he created using a pseudonym based on a fictional television character named Sonny Steelgrave.

5.      The E-mails that defendant stole contained sensitive information such as lists of employees and their compensation, lists of vendors and their contact information, price quotes to customers, advertising budget proposals, and background checks on prospective company employees.

**COUNT ONE**
**Obtaining Information By Computer from a Protected Computer**

6.      The allegations set forth in the Introduction are re-alleged and incorporated as if fully set forth herein.

7.      From in or around November 2009 to in or around November 2010, in the District of Nevada,

**JOHN SINAGRA,**

defendant, did intentionally access a computer without authorization, and thereby obtained information from a protected computer, and did commit the offense for purposes of commercial advantage and private financial gain, in violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(B)(i), and the value of the information obtained exceeded $5,000, in violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(B)(iii).

**COUNT TWO**
**Aggravated Identity Theft**

8.      The allegations set forth in the Introduction are re-alleged and incorporated as if fully set forth herein.

2

1       9.     From in or around November 2009 to in or around November 2010, in the District of

2    Nevada,

3                            **JOHN SINAGRA,**

4    defendant, did knowingly possess and use, without lawful authority, a means of identification of

5    another person during and in relation to a violation of 18 U.S.C. § 1030(a)(2), all in violation of 18

6    U.S.C. § 1028A(a)(1).

7         **DATED:** this _____ day of August 2012.

8         **A TRUE BILL:**

9

10                                     /s/
                                 FOREPERSON OF THE GRAND JURY

11    DANIEL G. BOGDEN
     United States Attorney

12

13

14    MICHAEL CHU
     Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24